UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

ROBERT C. CRUTCHFIELD,         )
                               )
        Plaintiff,             )
                               )
    v.                         )     No. 2:08-CV-66-JCH
                               )
UNKNOWN MORZOLF, et al.,       )
                               )
        Defendants.            )

### ORDER

This matter is before the Court upon its review of the record. To date, service of process has not been accomplished upon defendant Dr. James Marzolf.[1] Plaintiff is required to provide the Court with a current address for this defendant.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff is granted twenty (20) days from the date of this Order within which to provide the Court with the current address of defendant Dr. James Marzolf. Failure to do so will result in the dismissal of this defendant, without prejudice.

Dated this 31st day of August, 2009

/s/ Jean C. Hamilton

---

[1] On March 5, 2009, Correctional Medical Services advised the Court that it would not be waiving service for defendant James Marzolf. An alias summons issued on March 6, 2009, and was returned unexecuted on April 1, 2009.

UNITED STATES DISTRICT JUDGE