UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ROBERT C. CRUTCHFIELD, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 2:08CV66 JCH |
| ) | |
| MARK NICHOLS, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On November 24, 2009, Defendants filed a Motion to Compel Plaintiff's Discovery Answers. (Doc. No. 42). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Friday, January 8, 2010**, within which to respond to Defendants' Motion to Compel. (Doc. No. 42). Failure to do so will result in the dismissal of Plaintiff's Complaint without prejudice.

Dated this 14th day of December, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE